CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>FALAFEL, INC, a Delaware Corporation<br><br>    Defendants. | Case No.: 5:20-cv-09012-LHK<br><br>**NOTICE OF SETTLEMENT** |

The plaintiff hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The Parties are currently focusing efforts on finalizing the terms of the settlement and reducing it to a writing. The plaintiff, anticipates that the settlement will be consummated within the coming sixty (60) days, and the Joint Stipulation for Dismissal with prejudice as to all parties will be filed.

CENTER FOR DISABILITY ACCESS

Dated: May 18, 2021          By: /s/ Amanda Seabock
                              Amanda Seabock
                              Attorney for Plaintiff