CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

MOJI SANIEFAR (SBN: 233330)
moji@saniefarlaw.com
SANIEFAR LAW
7469 Mission Street, 2nf Floor
Daly City, California 94014
Telephone: (650) 581-0025
Facsimile: (650) 240-2780
Attorney for Defendant
Falafel, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br><br>　　Plaintiff,<br><br>　v.<br><br>FALAFEL, INC, a Delaware Corporation<br><br>　　Defendants. | Case: 5:20-cv-09012-LHK<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed **with prejudice** as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: May 31, 2021                    CENTER FOR DISABILITY ACCESS

                                       By: /s/ Amanda Seabock
                                           Amanda Seabock
                                           Attorneys for Plaintiff

Dated: May 31, 2021                    SANIEFAR LAW

                                       By: /s/ Moji Saniefar
                                           Moji Saniefar
                                           Attorneys for Defendant
                                           Falafel, Inc.

# SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Moji Saniefar, counsel for Falafel, Inc., and that I have obtained Ms. Saniefar's authorization to affix her electronic signature to this document.

Dated: May 31, 2021                    CENTER FOR DISABILITY ACCESS

                                       By: /s/ Amanda Seabock
                                           Amanda Seabock
                                           Attorneys for Plaintiff